792 A.2d 1243

IN THE MATTER OF RICHARD B. GIRDLER,
AN ATTORNEY AT LAW.

April 3, 2002.

# ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 01–095, concluding that **RICHARD B. GIRDLER** of **LINCOLN PARK,** who was admitted to the bar of this State in 1972, should be suspended from the practice of law for a period of three months for violating *RPC* 1.1(a) (gross neglect), *RPC* 1.3 (lack of diligence), *RPC* 1.4 (failure to communicate), *RPC* 3.2 (failure to expedite litigation), *RPC* 3.3(a) (false statements to tribunal), *RPC* 8.1(b) (failure to cooperate with disciplinary authorities) and *RPC* 8.4(c) (dishonesty, fraud, deceit or misrepresentation), and good cause appearing;

It is ORDERED that **RICHARD B. GIRDLER** is suspended from the practice of law for a period of three months and until the further Order of the Court, effective May 1, 2002; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent be restrained and enjoined from practicing law during the period of suspension and that respondent comply with *Rule* 1:20–20; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.